Submitted on record October 13, reversed and remanded
October 20, 1975

HAMILTON, *Petitioner, v.* PUBLIC WELFARE
DIVISION ET AL (No. 2-25-MYK312-9),
*Respondents.*
541 P2d 148

Lee Johnson, Attorney General, and Al J. Laue, Assistant Attorney General, Salem, represented the respondents.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

PER CURIAM.

Based upon the stipulation of the parties the above entitled cause is reversed and remanded.